Document Number 159
Case Number 03-C-0553-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
06/24/2005 04:18:32 PM CDT

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

ARDISAM, INC., D/B/A YUKON TRACKS AND SPRING FORM, INC.

Plaintiffs,

vs.

AMERISTEP, INC. HUNTER'S VIEW, LTD. AND EASTMAN OUTDOORS,

Defendants.

Case No. 03-C-0553-C

## [PROPOSED] ORDER ENTERING FINAL JUDGMENT

On June 10, 2005, in response to Plaintiff Spring Form, Inc.'s Emergency Motion for Entry of Final Judgment or for Certification of the Court's Final Order, the Court issued an Order and Opinion dismissing as moot Defendant Ameristep, Inc.'s counterclaims for non-infringement, invalidity, patent unenforceability, laches, equitable estoppel, lack of standing and patent misuse. The Court gave Ameristep until June 15, 2005 to advise the Court as to whether it intended to pursue its last remaining counterclaim for intentional interference with contractual relations.

On June 23, 2005, the parties filed a Stipulation, pursuant to Federal Rule of Civil Procedure 41(a)(1), for the dismissal without prejudice of Ameristep's counterclaim against Ardisam, Inc. and Spring Form, Inc. for intentional interference with contractual relations.

Copy of this document has been provided to: counsel
this 24th day of June, 2005
by S. Vogel
S. Vogel, Secretary to
Judge Barbara B. Crabb

Because all of the claims against all of the parties in this case have been adjudicated or dismissed, the Court hereby enters final judgment in favor of Defendants Ameristep, Hunter's View, Ltd. and Eastman Outdoors.

SO ORDERED.

Dated: June 24, 2005

Honorable Barbara B. Crabb
United States District Court Judge
for the Western District of Wisconsin

Submitted by:

GREENBERG TRAURIG, LLP

By: 
Terence J. Clark
Valerie W. Ho
Phoebe P. Liu
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7757
Facsimile: (310) 586-0257
Attorneys for Plaintiff,
SPRING FORM, INC.

JUDGMENT ENTERED this 24th day of June, 2005.

THERESA M. OWENS
Clerk, U.S. District Court

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404.

On June 23, 2005, I served the **[PROPOSED] ORDER ENTERING FINAL JUDGMENT** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ (BY MAIL)

☐ I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

(BY FEDERAL EXPRESS)

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☒ (BY FACSIMILE)

On June 23, 2005, I transmitted the foregoing document(s) by facsimile sending number.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 23, 2005, at Santa Monica, California.

Dawn Wilhelm

*ARDISAM, INC., et al. v. AMERISTEP, INC., et al.*

**SERVICE LIST**

Marshall G. MacFarlane, Esq.
Young & Basile, P.C.
2001 Commonwealth Blvd., Suite 301
Ann Arbor, MI 48105
Tel: 734-662-0270
Fax: 734-662-1014
*Attorneys for Ameristep*

Anthony J. Kane, Esq.
Megan D. Hafner, Esq.
Terhaar, Archibald, Pfefferle
& Griebel, LLP
100 North Sixth Street, Suite 600A
Minneapolis, MN 55403
Tel: 612-573-3000
Fax: 612-573-3030
*Attorneys for Ameristep*

Thomas R. Dee, Esq.
Angelo J. Bufalino, Esq.
Michael J. Waters, Esq.
Vedder, Price, Kaufman & Kammholz
222 North La Salle Street
Chicago, IL 60601
Tel: 312-609-7746
Fax: 312-609-5005
*Attorneys for Hunter's View, Ltd.*

Kristin L. Murphy, Esq.
Glenn E. Forbis, Esq.
Rader, Fishman & Grauer
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48302
Tel: 248-594-0600
Fax: 248-594-0610
*Attorneys for Eastman Outdoors*